437 A.2d 1035

Commonwealth v. Vinelli, Appellant.

Submitted June 13, 1980. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Edward F. Browne, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, HOFFMAN and CIRILLO, JJ.*

Judgment of sentence affirmed.

437 A.2d 1035

Commonwealth v. Wesley, Appellant.

Submitted March 3, 1981. Bruce S. Miller, Assistant Public Defender, for appellant; Chester B. Muroski, District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WICKERSHAM and BROSKY, JJ.

Judgment of sentence affirmed.

* Judge Vincent A. Cirillo of the Court of Common Pleas of Montgomery County, Pennsylvania, is sitting by designation.